UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 10-20109-CIV-MARTINEZ/BROWN**

GEORGE BRINCKU, BRENDA BRINCKU,
LYDIA GARCIA, APOLINAR GARCIA,
JAMES VISINTIN AND JENNIFER PAIGE
VISINTIN, individually and on behalf of others
similarly situated,

    Plaintiffs,

v.

NATIONAL GYPSUM COMPANY, a
Delaware corporation, and BANNER SUPPLY
CO., a Florida corporation,

    Defendants.

_____

**DEFENDANT NEW NGC, INC.'S MOTION FOR CONSIDERATION
OF ITS MOTION TO STAY ON AN EXPEDITED BASIS OR, IN THE
ALTERNATIVE, A STAY OF ALL PROCEEDINGS PENDING A RULING**

Defendant New NGC, Inc. d/b/a National Gypsum Company ("National Gypsum") hereby moves this Court to consider its Motion to Stay (D.E. 83) on an expedited basis or, in the alternative, to stay all proceedings pending a ruling the Motion. In support of this Motion, National Gypsum states as follows:

1. On January 12, 2010, the *Brincku / Garcia* Plaintiffs filed their original class action Complaint (D.E. 1) against National Gypsum. It alleged that National Gypsum manufactured defective drywall that emits a noxious smell and damages household systems.

2. In 2009, approximately three months before this action was filed, however, Raymond Yee filed a putative nationwide class action against National Gypsum

1

in federal court based on substantially the same allegations. *See Yee v. National Gypsum Company, et al.* (3:09-cv-08189) (D. Ariz. 2009) (the "*Yee* action").

3. Because the Plaintiffs in this matter (as well as those they seek to represent) are members of the putative class in the *Yee* action, National Gypsum filed a Motion to Stay (D.E. 27) this putative class action until a class certification decision is entered in the earlier-filed *Yee* putative nationwide class action.

4. National Gypsum's original Motion to Stay (D.E. 27) was fully briefed (including National Gypsum's opening Memorandum of Law, Plaintiffs' Opposition Brief and National Gypsum's Reply Brief) as of April 22, 2010.

5. But, before the Court could consider the Motion on the merits, Plaintiffs' filed an Amended Complaint (D.E. 79)[1] that, among other things, added new named plaintiffs to the lawsuit.  Because Plaintiffs' Amended Complaint superseded the Original Complaint, the Court denied National Gypsum's original Motion to Stay as moot (D.E. 81) on June 28, 2010.

6. On July 1, 2010, National Gypsum timely responded to Plaintiffs' Amended Complaint by filing a renewed Motion to Stay (D.E. 83).  The Motion has been fully briefed (including National Gypsum's opening Memorandum of Law, Plaintiffs' Opposition Brief and National Gypsum's Reply Brief) as of July 22, 2010.

7. Although National Gypsum's renewed Motion to Stay is pending before the Court and fully briefed, Plaintiffs have since served interrogatories and requests for production on National Gypsum.  Plaintiffs have also begun to seek

---

[1] National Gypsum consented to this filing.  Plaintiffs first filed this Amended Complaint (D.E. 72) on June 10, 2010, but the Court struck it because it was filed

discovery from non-parties. Specifically, on July 23, 2010, they issued a subpoena duces tecum to Tampa Electric Company.

8. Meanwhile, the first-filed *Yee* action has continued to progress. National Gypsum answered the *Yee* complaint, and the case has proceeded to the discovery phase. The Court in *Yee* is holding an in-person conference on August 4, 2010 to finalize deadlines for resolution of class certification issues. As a result, the above-mentioned discovery activity by the *Brincku / Garcia / Visintin* Plaintiffs violates the first-filed rule, which governs class actions in the Eleventh Circuit and in federal courts elsewhere around the United States (as set forth in National Gypsum's Motion to Stay). The *Brincku / Garcia / Visintin* Plaintiffs' discovery efforts, if permitted, would bring about the precise problems that first-filed rule is designed to prevent – duplicative litigation and a risk of inconsistent rulings.

WHEREFORE, National Gypsum respectfully requests that the Court consider National Gypsum's Motion to Stay (D.E. 83) on an expedited basis or, in the alternative, stay all proceedings in this action pending the Court's ruling on the Motion.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to S.D. Fla. L.R. 7.1.A.3, I hereby certify that the undersigned counsel for movant National Gypsum has conferred with counsel for Plaintiffs', Robert D. Gary, Esq., in a good faith effort to resolve the issues raised in this Motion. Mr. Gary does not oppose consideration of National Gypsum's Motion to Stay (D.E. 83) on an expedited basis, but does oppose staying these proceedings pending a ruling on the Motion to Stay.

---

without leave of Court or consent from the Defendants in violation of Federal Rule of Civil Procedure 15.

DATED: August 3, 2010    Respectfully submitted:

/s/ Christopher J.M. Collings
Christopher J.M. Collings
**MORGAN, LEWIS & BOCKIUS LLP**
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2339
(305) 415-3000 (Phone)
(305) 415-3001 (Fax)
ccollings@morganlewis.com

James D. Pagliaro (*admitted pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000 (Phone)
(215) 963-5001 (Fax)
jpagliaro@morganlewis.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will in turn send a notice of electronic filing to **Gregory Scott Weiss, Esquire** and **William Charles Wright, Esquire**, LEOPOLD KUVIN, LLC, *Attorneys for the Plaintiffs*, 2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410, **Robert D. Gary, Esquire** and **Jori Bloom Naegle, Esquire**, GARY NAEGELE & THEADO LLC, *Attorneys for the Plaintiffs*, 446 Broadway, Lorain, OH 44052, and **Jeffrey A. Backman, Esquire**, ADORNO & YOSS LLP, *Attorneys for Defendant Banner Supply, Company*, 350 East Las Olas Blvd., Suite 1700, Ft. Lauderdale, FL 33301, and **Michael A. Sexton, Esquire**, WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC, 950 E. Paces Ferry Rd., Suite 3000, Atlanta, GA 30326, and **Todd R. Ehrenreich, Esquire**, WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC, 2601 S. Bayshore Dr., Suite 850, Miami, FL 33133, *Attorneys for Defendant Banner Supply, Company*.

/s/ Christopher J.M. Collings  
Christopher J.M. Collings